**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01281-CR
No. 05-13-01282-CR
No. 05-13-01283-CR

**FERNANDO ADRIAN MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-73063-J, F11-40692-J, & F13-53458-J**

## ORDER

Before the Court is the State's September 24, 2014 Motion to Accept Brief Tendered.

We **GRANT** the motion. We **DIRECT** the Clerk to file the brief tendered by the State on

September 24, 2014.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE